**94–375.** Cent. Motors Corp. v. Pepper Pike. *Cuyahoga County,* No. 64422. On motion for leave to file *amicus* of Residents of the City of Pepper Pike. Motion granted.

F.E. Sweeney and Pfeifer, JJ., would also require the *amicus* brief to conform to the Supreme Court Rules of Practice.

Wright, J., dissents.